FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Ft. Myers Division

2008 MAY 16  AM 11: 44

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

Anthony J. Soloc
DC# 468357

CASE NUMBER: 2:08-cv-405-F+M-29SPC
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

James McDonough
Paul Decker
Warden Johnson
Dale Todd

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

, State of Florida

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Florida State Prison
(Indicate the name and location)
7819 N.W. 228th Street Raiford, FL. 32026

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (X) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the Informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (X) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (X) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)

2

    1. Did you submit an informal grievance (Form DC3-005)? Yes (X) No ( )

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.   <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1. Did you have a disciplinary hearing concerning this matter? Yes (X) No ( )

    2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3. Did you submit a formal grievance (Form DC1-303)? Yes (X) No ( )

    4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.   <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (X) No ( )

    2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this 20th day of April, 2008.

                                                               #468357

                                                      Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (X)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )    N/A

C. If your answer is YES:

   1. What steps did you take? not Applicable

   2. What were the results? not Applicable

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: not Applicable


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___ day of April, 2008.

_____ #468357
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. **PREVIOUS LAWSUITS**:

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____Not Applicable_____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):
      _____Not Applicable_____

   3. Docket Number: __N/A__

   4. Name of judge: __N/A__

   5. Briefly describe the facts and basis of the lawsuit: __Not Applicable__

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      __Not Applicable__

   7. Approximate filing date: __Not Applicable__

   8. Approximate disposition date: __Not Applicable__

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____"not applicable"_____

_____

_____

_____

V.   PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: ~~~~ Anthony J. Soloc #468357

Mailing address: ~~~~ Florida State prison 7819 N.W. 228th street Raiford, FL. 32026

B.   Additional Plaintiffs: ~~~~ "not applicable"

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: State of florida

Mailing Address: _____

Position: _____

Employed at: _____

D.   Defendant: James McDonough

Mailing Address: 2601 Blairstone Road Tallahassee FL. 32399

Position: Gouverner (D.O.C)

Employed at: Dept. of correct.

E. Defendant: **Paul Decker**
   Mailing Address: 2601 Blair Stone road Tallahassee FL. 32399
   Position: Supervisor
   Employed at: Department of Corrections

F. Defendant: **Warden Johnson**
   Mailing Address: Charlotte correctional Institution 33123 oil well rd. Punta Gorda, FL 33955
   Position: Warden
   Employed at: Dept. of Corrections Charlotte correct. Institution

G. Defendant: **Dale Todd**
   Mailing Address: Charlotte Correctional Institution 33123 oil well rd. Punta Gorda, FL. 33955
   Position: Officer
   Employed at: Dept. of corrections Charlotte correctional Inst.

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Cruel And Unusal Punishment
Human Rights violation
Malicious Prosecution in violation of the 8th and 14th Amendment of the U.S. constitution.
Excessive use of force.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On 8-31-07 while working on food service for Charlotte correctional Instition I Anthony J. Sola was call out for no apparent reason by officer Dale Todd and escorted by officer Todd to an area Evidently where no cameras were located for a so called consultation. I was Told to face the wall and put my Hand behind my back and did so. The next

**Statement of Facts, continued:**

thing I know I was being grabbed and Thrown to the ground on my belly by officer Todd, while officer Todd held me down I was kicked and kneed in the face and head area. by other officers who I don't know. Also kicked in the right rib cage by officer I don't know while officer Todd was holding me down and yelling for the bennefit of the captain and/or Luret, who were coming out of their office. "stop resisting" I was then taken to a Punta Gorda Emergency Hospital for treatment. To this Day I have sinus trouble and my ribs have pain, I also get headaches in an area of my head I never got them before. This same day 8.31.07 I was Transported to Florida State Prison and placed on Maximum Management.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

> I would like disciplinary action for officer Todd. "Fired if possible" Also $800,000 in money.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 20th day of April, 2008.

Jay Sobe
#468357

(Signatures of all Plaintiffs)